1470

# MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2008-0033. **Northeast Ohio Psychiatric Inst. v. Levin.**
Board of Tax Appeals, No. 2005-M-1683.

2008-0095. **Wagenknecht v. Levin.**
Board of Tax Appeals, No. 2006-T-1007.

# CASE ANNOUNCEMENTS
## *January 23, 2008*

[Cite as *01/23/2008 Case Announcements,* 2008-Ohio-153.]

## MERIT DECISIONS WITHOUT OPINIONS

2007-1962. **Bunting v. Bobby.**
In Prohibition. On answer of respondents and motion for judgment on the pleadings. Motion for judgment on the pleadings granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007-1968. **Treherne v. Timmerman–Cooper.**
In Prohibition. On answer of respondents. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007-2127. **State ex rel. Harris v. Russo.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007-2146. **State ex rel. Bankhead v. Collins.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007-2147. **Von Meyer v. Court of Claims.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007-2170. **Hytower v. Beightler.**
In Habeas Corpus. On petition for writ of habeas corpus of Eddie Hytower. Sua sponte, cause dismissed. Motion to compel discovery denied as moot.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.